IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HUGHIE DON CHANCEY, JR.                                                                         PLAINTIFF

                        v.                     Civil No. 06-2057

SHERIFF REED HAYNES, Franklin
County, Arkansas; MARGARET LEWIS,
Administrator, Franklin County Detention
Center; JOSH ROSS, Jailer, Franklin
County Detention Center; MIKE HAMILTON,
Jailer, Franklin County Detention Center; AND
JOHN DOE JAILER                                                       DEFENDANTS

## **O R D E R**

Plaintiff's complaint was filed in this case on May 11, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Hughie Don Chancey, Jr., complete and sign the attached addendum to his complaint, and return the same to the court **by July 3, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by July 3, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 1st day of June 2006.

                                                                                        /s/ Beverly Stites Jones
                                                                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HUGHIE DON CHANCEY, JR.                                                                 PLAINTIFF

          v.          Civil No. 06-2057

SHERIFF REED HAYNES, Franklin
County, Arkansas; MARGARET LEWIS,
Administrator, Franklin County Detention
Center; JOSH ROSS, Jailer, Franklin
County Detention Center; MIKE HAMILTON,
Jailer, Franklin County Detention Center; AND
JOHN DOE JAILER                                                                              DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  HUGHIE DON CHANCEY, JR.

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by July 3, 2006** Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

      In your complaint, you allege that your constitutional rights were violated when you were incarcerated at the Franklin County Detention Center. You state you were not provided your blood pressure medication and other prescription medications for a week. When you were

AO72A
(Rev. 8/82)

released, you state that you were told that the detention center had paid for the prescription medications and you could not have them. You also indicate you fell and broke two ribs as a result of not being medicated.

1. Provide the dates of your incarceration at the Franklin County Detention Center (FCDC).

Answer:

_____

_____

_____

_____

2. Please state why you were incarcerated at the FCDC. Were you incarcerated solely because of pending criminal charges or were you serving a sentence or had your probation, parole, or supervised release been revoked?

Answer:

_____

_____

_____

_____

3. You indicate you were not provided with your prescription medication for one week. Please state: (a) what prescription medications you are referring to; (b) whether you brought your prescription medications to the detention center with you; (c) what medical conditions the

medications were prescribed for; (d) whether you had been taking these medications on a daily basis; and (e) what doctor had prescribed the medications.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Did the FCDC have a jail nurse or a jail doctor?

Answer: Yes _____ No _____.

If you answered no, please state: (a) who handled requests for medical treatment; (b) when you first requested medical treatment and/or prescription medication; (c) who responded to your request; and (d) what the response was.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

     5. You indicate you were taken to the emergency room. Please indicate: (a) what day you were taken to the emergency room; (b) what medical condition caused you to be taken there; (c) who made the decision that you should be taken to the emergency room; and (d) whether you received all treatment ordered by emergency room personnel.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

6. You indicate you fell and broke two ribs. Please state: (a) the day this occurred; (b) how you happened to fall; (c) when you received medical treatment following your fall; (d) who you received medical treatment from; and (e) whether you received all medical treatment ordered.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

7. You have named Sheriff Reed Haynes as a defendant. However, you have not described any actions taken by him or indicated how you believe he personally violated your federal constitutional rights. Please describe in detail how Sheriff Haynes violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

8. You have named Margaret Lewis as a defendant. However, you have not described any actions taken by her other than the fact that she would not allow you to have the prescription medication when you left the detention center. Please describe in detail how Margaret Lewis violated your federal constitutional rights.

Answer:

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. You have named Josh Ross as a defendant. However, you have not described any actions taken by him or indicated how you believe he personally violated your federal constitutional rights. Please describe in detail how Josh Ross violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

10. You have named Mike Hamilton as a defendant. However, you have not described any actions taken by him or indicated how you believe he personally violated your federal constitutional rights. Please describe in detail how Mike Hamilton violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

11. You have named a John Doe Jailer as a defendant. However, you have not described any actions taken by him or indicated how you believe he personally violated your federal constitutional rights. Please describe in detail how the John Doe Jailer violated your federal constitutional rights. Also provide the court with any information you may have that will assist in identifying this individual.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. Please state how long you went without your prescription medication.

Answer:

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

      13. Did you suffer any physical injury or symptoms as a result of being without your prescription medication?

      Answer: Yes _____ No _____.

      If you answered yes, please describe: (a) the physical injuries you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, any medical treatment as a result of the injuries; and (e) how long it took you to recover.

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                      _____
                                                      HUGHIE DON CHANCEY, JR.

                                                      _____
                                                      DATE

AO72A
(Rev. 8/82)