IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HUGHIE DON CHANCEY, JR.                          PLAINTIFF

v.                 Civil No. 06-2057

SHERIFF REED HAYNES, Franklin
County, Arkansas; MARGARET LEWIS,
Administrator, Franklin County Detention
Center; JOSH ROSS, Jailer, Franklin
County Detention Center; MIKE HAMILTON,
Investigator, Franklin County Detention Center; AND
JOHN DOE JAILER                                       DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil right action on May 11, 2006. He proceeds pro se and in forma pauperis.

By letter dated October 5, 2006, plaintiff indicated he believes it will be in his best interests to drop this suit. *See Exhibit* A. He states the lawsuit is creating a great deal of stress in his life and having an adverse impact on his health. *Id.*

Accordingly, I recommend that plaintiff be allowed to dismiss his lawsuit. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of October 2006.

                                             /s/ Beverly Stites Jones
                                             UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)