```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

**HUGHIE DON CHANCEY, JR.**                                               PLAINTIFF

        v.                 Civil No. 06-2057

**SHERIFF REED HAYNES, Franklin County,
Arkansas; MARGARET LEWIS, Administrator,
Franklin County Detention Center; JOSH
ROSS, Jailer, Franklin County Detention
Center;  MIKE HAMILTON, Investigator,
Franklin County Detention Center; and
JOHN DOE JAILER**                                                         DEFENDANTS

### O R D E R

Now on this 13th day of December, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #25), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                   JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE